IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| JERAMIE DOUCET, <br> TDCJ-CID No. 02361545, <br><br> Plaintiff, <br><br> v. <br><br> FRANCISCO BACA-SALGADO, <br> et al., <br><br> Defendants. | 2:24-CV-037-Z-BR |

### ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION

Before the Court are the Findings, Conclusions, and Recommendation ("FCR") of the United States Magistrate Judge to Grant Defendants' Motion for Summary Judgment. No objections to the FCR have been filed. After making an independent review of the pleadings, files, and records in this case, the Court concludes that the FCR of the Magistrate Judge is correct. ECF No. 24. It is therefore **ORDERED** that the findings, conclusions, and recommendation of the Magistrate Judge are **ADOPTED** and Defendants' Motion for Summary Judgment (ECF No. 21) is hereby **GRANTED**.

**SO ORDERED.**

April 25, 2025

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE